UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
AT BROWNSVILLE

FILED
MAY 14 2004
Michael N. Milby
Clerk of Court

CRISTINA MUÑOZ,

Plaintiff,

v.

Civil Action No. B-04-066

THE LAREDO COCA-COLA BOTTLING
COMPANY, INC.

Defendant

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's Order Setting Conference, Defendant, The Laredo Coca-Cola Bottling Company, Inc. submits this Corporate Disclosure Statement.

Coca-Cola Enterprises Inc. is a 100% share holder of Defendant The Laredo Coca-Cola Bottling Company. Stacie Caraway of the law firm of Miller & Martin PLLC of Chattanooga, Tennessee and Valorie Glass of the law firm of Atlas & Hall L.L.P. in McAllen, Texas will be serving as attorneys of record for this Defendant.

Respectfully submitted,

ATLAS & HALL, L.L.P.

By: _____
VALORIE GLASS
Texas State Bar No. 00784135

Professional Arts Building
818 Pecan
P.O. Box 3725
McAllen, TX 78502-3725
Telephone: (956) 682-5501
Facsimile: (956) 686-6109

Munoz v. CCE - Corporate Disclosure Statement

-and-

MILLER & MARTIN PLLC
STACIE L. CARAWAY
Tennessee State Bar No. 17287
Motion for *Pro Hac Vice*
Admission to be filed

Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8293

Attorneys for Defendant
The Laredo Coca-Cola Bottling Company, Inc.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading upon opposing counsel as required by law by delivering a copy thereof via the United States Mail, with sufficient postage affixed thereto to ensure delivery to the following:

Miguel Salinas, Esq.
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521
Telephone: (956) 550-1115

This 14th day of May, 2004.

By: _____