5

United States District Court
Southern District of Texas
FILED

JUN 1 6 2004

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CRISTINA MUNOZ** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. B-04-066** |
| **v.** | § | **JURY DEMAND** |
| | § | |
| **THE LAREDO COCA-COLA** | § | |
| **BOTTLING COMPANY, INC.** | § | |
| | § | |
| **Defendant.** | § | |

**STACIE L. CARAWAY'S MOTION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Stacie L. Caraway, counsel for Defendant The Laredo Coca-Cola Bottling Company, Inc., and hereby presents her Motion *Pro Hac Vice* to appear before the Court, and in support thereof would respectfully show as follows:

1. Under the authority of the rules governing admission to the Bar of Texas, Rule XIX, I file this Motion *Pro Hac Vice* to appear before this Court.

2. I am associated with Valorie C. Glass, State Bar No. 00784135, and the Law Offices of Atlas & Hall, L.L.P., 818 Pecan, P.O. Box 3725, McAllen, TX 78502-3725, Telephone No. (956) 682-5501, Facsimile No. (956) 686-6109. Throughout the course of this Civil Action, Ms. Glass, and the Law Offices of Atlas & Hall L.L.P. will continue as local counsel. Ms. Glass is a practicing attorney and a member in good standing with the State Bar of Texas.

3. I am a member in good standing with the State Bar of Tennessee, the Sixth Circuit Court of Appeals, and the Eastern District Court of Tennessee.

4. I have not been denied admission to the courts of any state or to any federal court during the last five years.

5. I am familiar with the State Bar Act, the State Bar Rules and the Texas Disciplinary Rules of Conduct governing conduct of members of the State Bar of Texas and I will abide by and comply with those rules as long as this cause of action is pending.

6. I have sought permission and have appeared before Texas courts in the last two (2) years, as follows:

> Rolando Salazar v. The Laredo Coca-Cola Bottling Company, Inc. and Coca-Cola Enterprises Inc., 93rd District Court of Hidalgo County, Texas, Cause No. C-290-02-B.
>
> William McAfee, et al. v. Coca-Cola Enterprises Inc., United States District Court For The Northern District of Texas, Dallas Division, Civil Action No. 301-CV221-P.
>
> Fermin Martinez v. The Laredo Coca-Cola Bottling Company, Inc. and Coca-Cola Enterprises Inc., 111th District Court of Webb County, Texas, Cause No. 2003-CVT-001061D2.
>
> Ruben Rios v. The Laredo Coca-Cola Bottling Company, Inc., 206th District Hidalgo County, Texas, No. C-2668-03-D.

7. My office address, telephone number and telecopier number are indicated below my signature.

WHEREFORE, for these reasons, Stacie L. Caraway asks this Court to grant her Motion *Pro Hac Vice* and allow her to appear before this Court until the conclusion of this cause of action.

Respectfully Submitted,

[signature]

STACIE L. CARAWAY
Tennessee State Bar No. 17287

MILLER & MARTIN PLLC
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8293

Attorneys for The Laredo Coca-Cola Bottling Company, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, via regular U. S. Mail, with sufficient postage affixed to ensure delivery to the following:

Miguel Salinas, Esq.
803 Old Port Isabel Road
Brownsville, TX 78521

This 16th of June, 2004.

_______________________

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CRISTINA MUNOZ** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. B-04-066** |
| **v.** | § | **JURY DEMAND** |
| | § | |
| **THE LAREDO COCA-COLA BOTTLING COMPANY, INC.** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**VERIFICATION**

| | |
|---|---|
| **STATE OF TENNESSEE** | § |
| | § |
| **COUNTY OF HAMILTON** | § |

BEFORE ME, on this day, personally appeared Stacie L. Caraway (Affiant), and upon administering the oath, on her oath, deposed and testified as follows, to-wit:

1. My name is Stacie L. Caraway. I am over the age of 21, of sound mind, have never been convicted of a felony, and am competent to make this Verification.

2. I am an attorney in good standing with the State Bar of Tennessee. I am one of the attorneys representing The Laredo Coca-Cola Bottling Company, Inc. in the above styled and referenced Cause. I am fully authorized to sign this Verification on behalf of the Defendant in this Suit.

3. I have read the above and forgoing Motion to Appear *Pro Hac Vice* and all of the statements and facts contained therein are true and correct based upon my personal knowledge.

Further, Affiant says not.

Stacie L. Caraway

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned notary public, on this the 1st day of June, 2004, to which witness my hand and seal of office.

Kimberly S. Rogers
Notary Public, State of Tennessee

KIMBERLY S. ROGERS NOTARY PUBLIC AT LARGE HAMILTON CO. TN

My commission expires: 2/10/08

1568731