IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CRISTINA MUNOZ | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-04-066<br>JURY DEMAND |
| | § | |
| THE LAREDO COCA-COLA<br>BOTTLING COMPANY, INC. | § § § | |
| Defendant. | § § | |

### DEFENDANT THE LAREDO COCA-COLA BOTTLING COMPANY, INC. AND VALORIE C. GLASS' MOTION IN SUPPORT OF STACIE L. CARAWAY'S MOTION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES The Laredo Coca-Cola Bottling Co., Inc. ("Defendant"), and Valorie C. Glass, counsel for Defendant, and files this Motion in Support of Stacie L. Caraway's Motion *Pro Hac Vice* to appear before the Court and in support thereof would respectfully show as follows:

1. Valorie C. Glass is associated with Stacie L. Caraway on the above-numbered and styled case. She is employed as an attorney on this case and will personally participate in the hearings and trial.

2. Valorie C. Glass is a practicing attorney and a member in good standing of the State Bar of Texas. Her State Bar card number is 00784135 and her office address, telephone number and telecopier number are included below.

3. Stacie L. Caraway is a reputable attorney, and Valorie C. Glass recommends that the Court permit her to practice during this particular proceeding before the Court.

1568014

4.   For these reasons, Defendant and Valorie C. Glass ask this Court to grant Stacie L. Caraway's Motion *Pro Hac Vice* and allow her to appear before this Court until the conclusion of this cause of action.

WHEREFORE, PREMISES CONSIDERED, Defendant and Valorie C. Glass pray that Stacie L. Caraway be admitted to practice before this Court *Pro Hac Vice* and for such other and further relief as this Honorable Court deems proper.

          Respectfully submitted,

          ATLAS & HALL, LLP
          Professional Arts Building
          818 Pecan
          P.O. Box 3725
          McAllen, TX 78502-3725
          Telephone: (956) 682-5501
          Facsimile: (956) 686-6109

By: _____
     VALORIE C. GLASS
     Texas State Bar No. 00784135

Attorneys for Defendant,
The Laredo Coca-Cola Bottling Co., Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, via regular U. S. Mail, with sufficient postage affixed to ensure delivery to the following:

>Miguel Salinas, Esq.
>803 Old Port Isabel Road
>Brownsville, TX 78521

This 16th of June, 2004.

_____

1540025

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CRISTINA MUNOZ § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. B-04-066 |
| v. § | JURY DEMAND |
| § | |
| THE LAREDO COCA-COLA § | |
| BOTTLING COMPANY, INC. § | |
| § | |
| Defendant. § | |

## VERIFICATION

STATE OF TEXAS §
§
COUNTY OF HIDALGO §

BEFORE ME, on this day, personally appeared Valorie C. Glass (Affiant), and upon administering the oath, on her oath, deposed and testified as follows, to-wit:

1. My name is Valorie C. Glass. I am over the age of 21, of sound mind, have never been convicted of a felony, and am competent to make this Verification.

2. I am an attorney in good standing with the State Bar of Texas. I am one of the attorneys representing the Laredo Coca-Cola Bottling Company, Inc. in the above styled and referenced Cause. I am fully authorized to sign this Verification on behalf of the Defendant in this Suit.

3. I have read the above and forgoing Motion to Appear *Pro Hac Vice* and all of the statements and facts contained therein are true and correct based upon my personal knowledge.

Further, Affiant says not.

_____
Valorie C. Glass

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned notary public, on this the __16__ day of June, 2004, to which witness my hand and seal of office.

_____
Notary Public, State of Texas

MICHELLE ELIZABETH VASQUEZ
Notary Public, State of Texas
My Commission Expires
8-21-2004

1568014                                    1