IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CRISTINA MUNOZ | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-04-066 |
| LAREDO COCA-COLA BOTTLING COMPANY | § | |
| Defendant. | § | |

## CERTIFICATE OF CONFERENCE

I, Valorie Glass, have contacted Plaintiff's counsel regarding Stacie Caraway's Motion Pro Hac Vice and Defendant The Laredo Coca-Cola Bottling Company, Inc. and Valorie C. Glass' Motion in Support of Stacie L. Caraway's Motion Pro Hac Vice and he is unopposed to said Motion.

Valorie C. Glass
State Bar No. 0784135
P. O. Box 3725
McAllen, Texas 78502
Tel:   (956) 682-5501
Fax:   (956) 686-6109

Of counsel:
Atlas & Hall, L.L.P.
P. O. Box 3725
McAllen, Texas 78502
Tel:   (956) 682-5501
Fax:   (956) 686-6109

MILLER & MARTIN, L.L.P.
Stacie Carraway
TN Bar No. 017287
Suite 1000, Volunteer Bldg
832 Georgia Ave.
Chattanooga, Tennessee 37402-2289
Tel:   (423) 756-6600
Fax:   (423) 785-8293

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent by fax, on June 21, 2004 to opposing counsel as follows:

Miguel Salinas
LAW OFFICES OF MIGUEL SALINAS
803 Old Port Isabel Road
Brownsville, Texas 78521

Valorie C. Glass