IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk 

| | | |
|---|---|---|
| CRISTINA MUNOZ | § § § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-04-066 |
| v. | § | JURY DEMAND |
| | § | |
| THE LAREDO COCA-COLA BOTTLING COMPANY, INC. | § § § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING MOTION PRO HAC VICE

On this the 25th day of June, 2004, came on to be considered Stacie L. Caraway's Motion *Pro Hac Vice*, and Defendant The Laredo Coca-Cola Bottling Company, Inc. and Valorie C. Glass' Motion in Support of Motion *Pro Hac Vice*, and the Court finds that said requests should be GRANTED; it is therefore

ORDERED, ADJUDGED and DECREED that Stacie L. Caraway be admitted to practice before this Court *Pro Hac Vice* until the conclusion of this action, and that the District Clerk should so indicate on the records of this cause.

SIGNED FOR ENTRY this 25th day of June, 2004.

_____
JUDGE PRESIDING

Copies to:

Ms. Valorie C. Glass, P.O. Box 3725, McAllen, TX 78501

Ms. Stacie L. Caraway, Miller & Martin PLLC, 832 Georgia Ave., Suite 1000,
Chattanooga, Tennessee 37402-2289

Mr. Miguel Salinas, Esq., 803 Old Port Isabel Road, Brownsville, TX 48521

1568008_1.DOC