IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **CRISTINA MUNOZ** | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-04-066 |
| **LAREDO COCA-COLA BOTTLING COMPANY** | § | |
| Defendant. | § | |

**JOINT REPORT OF THE MEETING & JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE**

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

    Discussions occurred on August 2, 2004 telephonically and via fax; Miguel Salinas attended on behalf of Plaintiff, Valorie Glass attended on behalf of Defendant.

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

    None known.

3. Briefly describe what this case is about.

    **Plaintiff:** Plaintiff alleges that she was a victim of sexual harassment. Plaintiff further alleges that after she reported the harassment, she was retaliated against and subsequently terminated for reporting the harassment. In addition, Plaintiff is making a claim for intentional infliction of emotional distress.

    **Defendant:** Defendant denies the allegations in Plaintiff's Original Complaint and further denies that Plaintiff is entitled to the relief she seeks.

4. Specify the allegation of federal jurisdiction.

    **Defendant:** Diversity jurisdiction/federal question.

5. Name the parties who disagree and the reasons.

    N/A.

6.  List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

    N/A at this time.

7.  List anticipated interventions.

    **Plaintiff:**    None known.

    **Defendant:** None known.

8.  Describe class-action issues.

    **Plaintiff:**    None known.

    **Defendant:** None known.

9.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

    > In compliance with Rule 26(a)(1) - Federal Rules of Civil Procedure, Plaintiff will make the required disclosures on or before 10 days after the pre-trial scheduling conference of August 20, 2004 and Defendant will make the required disclosures on or before 10 days after the pre-trial scheduling conference of August 20, 2004.

10. Describe the proposed agreed discovery plan, including:

    a.  Responses to all the matters raised in Rule 26(f).

    | | |
    |---|---|
    | Rule 26(f)(1) - | See response to No. 9. |
    | Rule 26(f)(2) - | Plaintiff will conduct discovery based upon claims made and defenses asserted in this lawsuit. Plaintiff anticipates discovery shall be completed within 180 days after the pre-trial scheduling conference of August 20, 2004. |
    | | Defendant will conduct discovery based upon claims made and defenses asserted in this lawsuit. Defendant anticipates discovery shall be completed within 180 days after the pre-trial scheduling conference of August 20, 2004. |

Munoz v Coke
Joint Report of the Meeting & Joint Discovery/Case Management
Plan Under Rule 26(f) Federal Rules of Civil Procedure - Page 2

   Rule 26(f)(3) -  No changes at this time, subject to arrangements of the parties.

   Rule 26(f)(4) -  None known at this time.

b. When and to whom the plaintiff anticipates it may send interrogatories.

  Plaintiff will propound discovery to Defendant on or before August 20, 2004.

c. When and to whom the defendant anticipates it may send interrogatories.

  Defendants will propound discovery to Plaintiff on or before August 20, 2004.

d. Of whom and by when the plaintiff anticipates taking oral depositions.

  Plaintiff anticipates taking the deposition of all material fact witnesses and the Defendants' corporate representatives, and those persons identified by Defendants as having relevant knowledge of material facts on or before December 31, 2004.

e. Of whom and by when the defendant anticipates taking oral depositions.

  Defendants anticipate taking the deposition of the Plaintiff and those persons identified by Plaintiff as having relevant knowledge of material facts on or before December 31, 2004.

f. When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

  **Plaintiff:** On or before January 15, 2005.

  **Defendant:** On or before January 31, 2005.

g. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

  Plaintiff anticipates taking the depositions of Defendants' expert witnesses, if any, prior to the date set forth in No. 13.

Munoz v Coke
Joint Report of the Meeting & Joint Discovery/Case Management
Plan Under Rule 26(f) Federal Rules of Civil Procedure - Page 3

    h.    List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

        Defendant anticipates taking the depositions of Plaintiff's expert witnesses, if Plaintiff designates any, prior to the date set forth in No. 13.

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

    N/A.

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

**Plaintiff:**    None.

**Defendant:**  None.

13. State the date the planned discovery can reasonably be completed.

    February 28, 2005.

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

After discovery is conducted, Plaintiff and Defendant agree to discuss settlement and/or mediation.

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

    After discovery is conducted, Plaintiff and Defendant agree to discuss settlement and/or mediation.

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

After reasonable discovery, Plaintiff and Defendants agree to submit this matter to non-binding mediation.

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

The parties do not consent to a magistrate judge at this time.

Munoz v Coke
Joint Report of the Meeting & Joint Discovery/Case Management
Plan Under Rule 26(f) Federal Rules of Civil Procedure - Page 4

18. State whether a jury demand has been made and if it was made on time.

    **Plaintiff:** Yes.

    **Defendant:** No.

19. Specify the number of hours it will take to present the evidence in this case.

    Plaintiff will need 21-25 hours to present its own case.

    Defendant will need 21-25 hours to present its case. Given the absence of discovery, it is impossible for Defendant to specify the number of hours it will take to cross-examine Plaintiff's witnesses.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **Plaintiff:** None.

    **Defendant:** None.

21. List other motions pending.

    **Plaintiff:** None.

    **Defendant:** None.

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    None known.

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

    **Plaintiff:** Will be filed by August 3, 2004.

    **Defendant:** Filed on May 14, 2004.

Munoz v Coke
Joint Report of the Meeting & Joint Discovery/Case Management
Plan Under Rule 26(f) Federal Rules of Civil Procedure - Page 5

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

**Plaintiff:** Miguel Salinas
State Bar No. 17534750
Federal ID No. 15171
LAW OFFICES OF MIGUEL SALINAS
803 Old Port Isabel Road
Brownsville, Texas 78521
Telephone: (956) 550-1115
Telecopier: (956) 550-1134

**Defendant:** Valorie Glass
Federal I.D. No. 15303
State Bar No. 00784135
ATLAS & HALL, L.L.P.
P. O. Box 3725
McAllen, Texas 78502
Telephone: (956) 682-5501
Telecopier: (956) 686-6109

Stacie Caraway
MILLER & MARTIN, L.L.P.
TN Bar No. 017287
Suite 1000, Volunteer Bldg
832 Georgia Ave.
Chattanooga, Tennessee 37402-2289
Telephone: (423) 756-6600
Telecopier: (423) 785-8293

Dated: August 5, 2004.

Respectfully submitted,

By _____
Miguel Salinas
State Bar No. 17534750
Federal ID No. 15171
LAW OFFICES OF MIGUEL SALINAS
803 Old Port Isabel Road
Brownsville, Texas 78521
Telephone: (956) 550-1115
Telecopier: (956) 550-1134

ATTORNEY FOR PLAINTIFF

Munoz v Coke
Joint Report of the Meeting & Joint Discovery/Case Management
Plan Under Rule 26(f) Federal Rules of Civil Procedure - Page 6

By: _____
Valorie Glass
Federal I.D. No. 15303
State Bar No. 00784135
P. O. Box 3725
McAllen, Texas 78502
Telephone: (956) 682-5501
Telecopier:(956) 686-6109

ATTORNEY FOR DEFENDANT

Of Counsel:
Atlas & Hall, L.L.P.
P. O. Box 3725
McAllen, Texas 78502
Tel:  (956) 682-5501
Fax:  (956) 686-6109

MILLER & MARTIN, L.L.P.
Stacie Caraway
TN Bar No. 017287
Suite 1000, Volunteer Bldg
832 Georgia Ave.
Chattanooga, Tennessee 37402-2289
Tel:  (423) 756-6600
Fax:  (423) 785-8293

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded via certified mail, return receipt requested to the following counsel of record on this ____6th____ day of August, 2004:

Valorie C. Glass
Atlas & Hall, L.L.P.
P. O. Box 3725
McAllen, Texas 78502

Stacie Caraway
MILLER & MARTIN, L.L.P.
Suite 1000, Volunteer Bldg
832 Georgia Ave.
Chattanooga, Tennessee 37402-2289

_____
Miguel Salinas

Munoz v Coke
Joint Report of the Meeting & Joint Discovery/Case Management
Plan Under Rule 26(f) Federal Rules of Civil Procedure - Page 7