THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

## INITIAL PRETRIAL & SCHEDULING CONFERENCE

United States District Court
Southern District of Texas
FILED
AUG 2 0 2004
Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-04-066     DATE & TIME: 8/20/04 @ 9:58-10:08 am

COUNSEL:

Cristina Munoz                          §    Miguel Salinas

VS                                       §

THE LAREDO COCA-COLA BOTTLING CO.        §    Valorie Ann Canney Glass

---

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa


Case called on the docket.   Miguel Salinas appeared for the Plaintiff.
Valorie Glass appeared for the Defendant.

Discussion had.  ETT: 4 days.  Following deadlines set by the Court:

  Jury Selection set for 9:00 am on May, 2005. Counsel to do voir dire.
  Final Pretrial Conference is set for 1:30 pm on May, 2005.
  Joint pretrial Order is due by 4/16/05
  Dispositives motions filed by 3/18/05
  Non-Dispositives motions filed by 4/16/05
  Discovery completed by 4/1/05
  Plaintiff's experts named by 12/17/04
  Defendant's experts named by 1/21/05
  New parties joined by 9/24/04


Court is adjourned.