IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CHRISTINA MUNOZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.   B-04-066 |
| | § | |
| THE LAREDO COCA-C0LA BOTTLING CO. | § | |

## Scheduling Order

1. Trial:  Estimated time to try:  __4__  days.           ☐ Bench      ■ **Jury**

2. New parties must be joined by:                                      __September 24, 2004__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    __December 17, 2004__

4. The defendant's experts must be named with a report furnished by:    __January 21, 2005__

5. Discovery must be completed by:                                     __April 1, 2005__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                               __March 18, 2005__

   Non-Dispositive Motions will be filed by:                           __April 16, 2005__

*************************   The Court will provide these dates.   *************************

7. Joint pretrial order is due:                                        __April 16, 2005__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:                  __May, 2005__

9. Jury Selection is set for 9:00 a.m. on:*                            __May, 2005__

*Counsel to do voir dire.

The case will remain on standby until tried.

Signed this the    __20th__   day of __August__ , 2004.

_____
Andrew S. Hanen
United States District Judge

**xc: ALL COUNSEL OF RECORD**