IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CRISTINA MUNOZ<br><br>Plaintiff,<br><br>v.<br><br>LAREDO COCA-COLA<br>BOTTLING COMPANY<br><br>Defendant. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. B-04-066<br>§<br>§<br>§<br>§ |

### DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW The Laredo Coca-Cola Bottling Company, Inc., Defendant in the above-styled and numbered cause, and respectfully moves this Court to allow Valorie C. Glass with the Law Firm of Atlas & Hall, L.L.P., local counsel of record for Defendant, to withdraw from the representation of said Defendant and to substitute as local counsel for said Defendant, Eileen Leeds and Eduardo Garza with the Law Firm of Willette & Guerra, L.L.P. Stacie Caraway of Miller & Martin PLLC will remain as lead counsel for Defendant.

This will occasion no delay in any court proceedings herein.

WHEREFORE, PREMISES CONSIDERED, counsel for Defendant The Laredo Coca-Cola Bottling Company, Inc. prays that this Motion be granted and that Eileen Leeds and Eduardo Garza with the Law Firm of Willette & Guerra, L.L.P. be allowed to substitute in as local counsel of record for Defendant and for such other and further relief to which said Defendant may be entitled.

Respectfully submitted,

By: _____
Valorie Glass
Federal I.D. No. 15303
State Bar No. 00784135
P. O. Box 3725
McAllen, Texas 78502
Telephone: (956) 682-5501
Telecopier: (956) 686-6109

Stacie Caraway
TN Bar No. 017287
MILLER & MARTIN, L.L.P.
Suite 1000, Volunteer Bldg
832 Georgia Ave.
Chattanooga, Tennessee 37402-2289
Tel:   (423) 756-6600
Fax:   (423) 785-8293

ATTORNEYS FOR DEFENDANT

Of Counsel:
Atlas & Hall, L.L.P.
P. O. Box 3725
McAllen, Texas 78502
Tel:   (956) 682-5501
Fax:   (956) 686-6109

## CERTIFICATE OF CONFERENCE

I, Valorie Glass, have contacted opposing counsel in this matter and he is not opposed.

_____
Valorie C. Glass

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23d day of December, 2004, a true and correct copy of the above and foregoing document has been mailed by certified mail, return receipt requested, to the following counsel:

Miguel Salinas
LAW OFFICES OF MIGUEL SALINAS
803 Old Port Isabel Road
Brownsville, Texas 78521

Eileen Leeds
Eduardo Garza
WILLETTE & GUERRA, L.L.P.
3505 Boca Chica, Ste. 460
Brownsville, Texas 78521

_____
Valorie C. Glass