IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CRISTINA MUNOZ | § | |
| Plaintiff, | § | |
| v. | § | |
| LAREDO COCA-COLA BOTTLING COMPANY | § | CIVIL ACTION NO. B-04-066 |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

BE IT REMEMBERED that on the _____ day of _____, 2004, came on to be considered Defendant's Unopposed Motion to Substitute Counsel. The Court finds that the Motion is well taken and should be granted. IT IS THEREFORE,

ORDERED, ADJUDGED AND DECREED that Eileen Leeds and Eduardo Garza with the law firm of Willette & Guerra, L.L.P. be substituted as local counsel for Defendant The Laredo Coca-Cola Bottling Company, Inc. in place of Valorie C. Glass with the law firm of Atlas & Hall, L.L.P.

The District Clerk should so indicate on the records of this cause.

SIGNED FOR ENTRY this _____ day of _____, 2004.

_____
U.S. DISTRICT JUDGE

Copies to:

Valorie C. Glass, Atlas & Hall, L.L.P., P.O. Box 3725, McAllen, Texas 78502

Stacie L. Caraway, Miller & Martin, PLLC, Suite 1000, Volunteer Building, 832 Georgia Avenue, Chattanooga, TN 37402-2289

Eileen Leeds, Eduardo Garza, Willette & Guerra, L.L.P., 3505 Boca Chica, Ste. 460, Brownsville, Texas 78521

Miguel Salinas, Law Offices of Miguel Salinas, 803 Old Port Isabel Road, Brownsville, Texas 78521