**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
AT BROWNSVILLE**

United States District Court
Southern District of Texas
FILED

DEC 2 7 2004

Michael N. Milby
Clerk of Court

CRISTINA MUÑOZ,

     **Plaintiff,**

v.

                        **Civil Action No. 1:04-CV-00066**

THE LAREDO COCA-COLA BOTTLING
COMPANY, INC.,

     **Defendant.**

## MOTION TO COMPEL

     Comes now Defendant, The Laredo Coca-Cola Bottling Company, Inc., by and through counsel, and pursuant to Rules 23 and 37 of the *Federal Rules of Civil Procedure,* hereby respectfully asks this Court to intervene in the above-referenced matter in order to compel Plaintiff, Cristina Munoz, to provide Defendant with her Initial Disclosures pursuant to *Fed. R. Civ. P.* Rule 26(a).

     Pursuant to the parties' Joint Report of their Rule 26(f) meeting, which was filed with this Court on August 5, 2004, the parties were to exchange their Initial Disclosures "on or before ten (10) days after the pre-trial scheduling conference of August 20, 2004." Pursuant to this Joint Report, Defendant provided its Initial Disclosures to Plaintiff on August 30, 2004. However, to date, Plaintiff has not provided her Disclosures to Defendant.

     Defendant has attempted on several occasions to obtain these Disclosures without Court intervention. Specifically, on October 12, 2004, Defendant's counsel sent a letter to Plaintiff's counsel specifically requesting these Disclosures. (A copy of this October 12, 2004 certified letter is attached as **Exhibit A** hereto.) Defendant's counsel then sent another letter via facsimile

and regular U.S. Mail to Plaintiff's counsel on November 2, 2004 requesting these Initial Disclosures. (A copy of this November 2, 2004 letter is attached as **Exhibit B** hereto.) Defendant's counsel sent another letter to Plaintiff's counsel via facsimile and regular U.S. mail on November 17, 2004, again, reminding him that Defendant still had not received the Plaintiff's Initial Disclosures. (A copy of this November 17, 2004 letter is attached as **Exhibit C** hereto.) Finally, on December 8, 2004, Defendant's counsel sent another letter to Plaintiff's counsel via facsimile and regular U.S. mail requesting the Plaintiff's Initial Disclosures, particularly in light of the fact that the parties had agreed in early November that Defendant's counsel would be deposing the Plaintiff on January 5, 2005. (A copy of this December 8, 2004 is attached as **Exhibit D** hereto.) As none of these efforts have caused Plaintiff to provide her Initial Disclosures, Defendant is requesting the Court's assistance in obtaining these Disclosures.

Because it is unlikely that this Motion will be heard and the Initial Disclosures provided before the Plaintiff's January 5, 2005 deposition, Defendant also respectfully requests that this Court provide that, to the extent additional testimony is needed from Plaintiff concerning information provided in the Plaintiff's Initial Disclosures, Defendant shall be permitted an additional hour of deposition time after the Plaintiff's January 5, 2005 deposition (but prior to February 11, 2005) in which to question Plaintiff concerning the information provided in the Plaintiff's Initial Disclosures. Defendant also would request that the Court order Plaintiff to be responsible for any court reporting, travel or other expenses which are necessitated by having to take additional testimony from Plaintiff after January 5, 2005 concerning information provided in the Plaintiff's Initial Disclosures. Defendant also asks that, in light of the Defendant's arduous efforts described above to obtain the Plaintiff's Initial Disclosures without the need for

Court intervention, Plaintiff be ordered to pay the Defendant's attorney's fees and any travel or other expenses which are associated with the preparation and hearing of this Motion.

Respectfully submitted,

MILLER & MARTIN PLLC

By: _____

Stacie L. Caraway
Attorney in Charge
Admitted *Pro Hac Vice*
Tennessee State Bar No. 17287

Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8293

-and-

Eileen M. Leeds
Texas Bar No. 00791093    USDC No: 16799
Willette & Guerra, LLP
1534 East 6th Street, Suite 200
Brownsville, TX 78521
Telephone: (956) 541-1846
Facsimile: (956) 541 - 1893

Attorneys for Defendant
The Laredo Coca-Cola Bottling Company, Inc.

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing pleading upon opposing counsel as required by law by delivering a copy thereof via certified mail, with sufficient postage affixed thereto to ensure delivery to the following:

> Miguel Salinas, Esq.
> Law Office of Miguel Salinas
> 803 Old Port Isabel Road
> Brownsville, Texas  78521

This _27th_ day of December, 2004.

By: _Eileen Leeds w/p bee_