

**MILLER & MARTIN PLLC**

ATTORNEYS AT LAW

**FILE COPY**

SUITE 1000 VOLUNTEER BUILDING
832 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402-2289
(423) 756-6600
FAX (423) 785-8480

Stacie L. Caraway
Direct Dial (423) 785-8399
Direct Fax (423) 785-8293
scaraway@millermartin.com

October 12, 2004

**VIA: FACSIMILE (955) 550-1134**
**& U.S. CERTIFIED MAIL**

Miguel Salinas, Esq.
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, TX 78521

RE: **Cristina Munoz v The Laredo Coca-Cola Bottling Company, Inc.**

Dear Mr. Salinas:

According to the Parties' Joint Scheduling Order in the above-referenced case, initial disclosures were to be made on August 20, 2004. To date, I have not received any initial disclosures on behalf of your client, Cristina Munoz. We also propounded interrogatories and requests for production upon your client through your office on August 24, 2004. To date, we also have not received any responses to these interrogatories or requests for production. I would appreciate hearing from you as soon as possible as to why we have not received any initial disclosures or responses to the Defendant's interrogatories or requests for production. If I do not hear from you by the end of this week, I will need to file a motion to compel initial disclosures as well as interrogatory and request for production responses.

I also would like to depose Ms. Munoz in either December or January. Please speak with your client and provide to me the dates during which you and she will be available during these months. Thank you.

Sincerely,

Stacie L. Caraway

SLC/bb

cc: Valorie Glass, Esq.

A

ATLANTA • CHATTANOOGA • NASHVILLE
www.millermartin.com

1628864_1.DOC