

**MILLER &MARTIN PLLC**

ATTORNEYS AT LAW

SUITE 1000 VOLUNTEER BUILDING
832 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402-2289
(423) 756-6600
FAX (423) 785-8480

Stacie L. Caraway
Direct Dial (423) 785-8399
Direct Fax (423) 785-8293
scaraway@millermartin.com

November 2, 2004

**VIA: FACSIMILE (956) 550-1134 & U.S. MAIL**

Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, TX 78521

      RE: **Cristina Munoz v. The Laredo Coca-Cola Bottling Company, Inc.**

Dear Mr. Salinas:

    I did not hear from you by yesterday regarding the deposition dates I had proposed for your client and her husband. I now have a conflict with that proposed week of January, 2005. I currently have the following dates available to depose your client and her husband: January 5 – 6 or February 1 - 2, 2005. I would like to set these depositions by agreement, if possible. However, if I do not hear from you by Friday, November 12, 2004, I will need to notice your client and her husband's depositions for dates that are convenient for me.

    I also still have not received your client's Initial Disclosures or responses to the Defendant's First Set of Interrogatories or Requests for Production. I had one direct message from you and another through Valorie Glass that you would have these to me a couple of weeks ago. I am still anticipating these responses. If I do not receive them by November 8, 2004, I will have to file a motion to compel the same. Valorie had mentioned something about your having computer problems. If this is still the reason for the delay, please let me know, as I am not trying to be difficult, I just have not heard anything since Valorie's message two weeks ago. Thank you.

                                                   Sincerely,

                                                   Stacie L. Caraway

SLC/bb
cc:    Valorie Glass (via facsimile)