

## MILLER & MARTIN PLLC

ATTORNEYS AT LAW

**FILE COPY**

SUITE 1000 VOLUNTEER BUILDING
832 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402-2289
(423) 756-6600
FAX (423) 785-8480

Stacie L. Caraway
Direct Dial (423) 785-8399
Direct Fax (423) 785-8293
scaraway@millermartin.com

November 17, 2004

**VIA: FACSIMILE (956) 550-1134 & U.S. MAIL**

Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, TX 78521

RE: **Cristina Munoz v. The Laredo Coca-Cola Bottling Company, Inc.**

Dear Mr. Salinas:

In reviewing the pleadings in this case, it has come to my attention that we still have not received the Plaintiff's Initial Disclosures. Pursuant to the parties' Rule 26(f) Joint Planning Report, these should have been provided on or before August 30, 2004. Accordingly, I would ask that you please have them to me by 5:00 p.m. on Wednesday, November 24, 2004. Thank you.

Sincerely,

Stacie L. Caraway

SLC/bb

2043141_1.DOC

ATLANTA • CHATTANOOGA • NASHVILLE
www.millermartin.com