

**FILE COPY**

### MILLER &MARTIN PLLC

ATTORNEYS AT LAW

SUITE 1000 VOLUNTEER BUILDING
832 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402-2289
(423) 756-6600
FAX (423) 785-8480

Stacie L. Caraway
Direct Dial (423) 785-8399
Direct Fax (423) 785-8293
scaraway@millermartin.com

December 8, 2004

**VIA: FACSIMILE (956) 550-1134 & U.S. MAIL**

Miguel Salinas, Esq.
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521

**RE: Cristina Munoz v. The Laredo Coca-Cola Bottling Company, Inc.**

Dear Mr. Salinas:

I still have not received the medical and employment authorizations I forwarded to you for a second time back on November 22, 2004. I now am concerned that even if you are to get these authorizations to me by the end of this week (notwithstanding my initial request that these additional copies of the authorizations be executed and returned to me by November 29, 2004), with the Christmas and New Year's holidays intervening, we are not going to have sufficient time to actually obtain your client's employment and medical records by the time of her deposition, which we have agreed will take place on January 5, 2005.

Accordingly, I still need these authorizations as soon as possible, and if I do not receive them by the end of this week, I will be forced to file a motion to compel concerning them. (This motion also will cover the Plaintiff's initial disclosures, which still have not been provided to us, despite my repeated requests for the same.)

I also need you to sign the attached Rule 11 Agreement providing that to the extent we are not able to obtain your client's employment and medical records by the time of her deposition on January 5, 2005, we will be permitted to obtain her testimony regarding these records at a later date (which still provides me with sufficient time to file a summary judgment motion within the cut-off set in our current Scheduling Order). I would ask you to please sign and return this agreement to me via fax by the end of the day tomorrow.

I realize we have not worked together before. Accordingly, I want to emphasize that I am trying to be as patient and reasonable as possible concerning discovery in this case. However, in light of federal court deadlines and the fact that thus far you have not actually requested additional time to respond to any discovery but have simply taken it, I cannot continue just to

December 8, 2004
Page 2

"let things slide" and allow your client to respond to discovery whenever she is inclined to do so.
I appreciate your working to facilitate my requests and to keep this case moving.  Thank you.

Sincerely,

Stacie L. Caraway

SLC/bb

Enclosures