UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
AT BROWNSVILLE

| | |
|---|---|
| CRISTINA MUÑOZ, <br><br> Plaintiff, <br><br> v. <br><br> THE LAREDO COCA-COLA BOTTLING COMPANY, INC., <br><br> Defendant. | Civil Action No. 1:04-CV-00066 |

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**

Be it remembered on the _____ day of _____, 2005, came on to be heard Defendant's Motion to Compel and the court after considering said motion determines that it should in all things be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff shall provide Defendant with the Initial Disclosures required by Rule 26(a) of the Federal Rules of Civil Procedure within five (5) business days of this Order. To the extent information is provided in these Disclosures which was not revealed to Defendant by Plaintiff prior to the Plaintiff's January 5, 2005 deposition, Defendant also shall be permitted to have up to one (1) additional hour during which to depose Plaintiff prior to February 11, 2005 concerning this additional information. Any attorney fees or other expenses incurred by Defendant in connection with the filing, preparation or hearing of this Motion or this additional deposition time (including but not limited to court reporter appearance and transcription fees, attorney

travel expenses and fees) shall be paid by Plaintiff within thirty (30) days of the notice of the such expenses from Defendant to Plaintiff.

ENTERED on this the _____ day of _____, 2005.

_____
JUDGE PRESIDING

Copies to:

Mr. Miguel Salinas, Law Office of Miguel Salinas, 803 Old Port Isabel Road, Brownsville, Texas 78521

Ms. Stacie L. Caraway, Miller & Martin, PLLC, Suite 1000, Volunteer Building, 832 Georgia Avenue, Chattanooga, TN 37402-2289

Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 East 6th Street, Ste. 200, Brownsville, Texas 78520