UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
AT BROWNSVILLE

| | |
|---|---|
| CRISTINA MUÑOZ, | |
| Plaintiff, | |
| v. | Civil Action No. 1:04-CV-00066 |
| THE LAREDO COCA-COLA BOTTLING COMPANY, INC., | |
| Defendant. | |

## ORDER SETTING HEARING ON DEFENDANT'S MOTION TO COMPEL

On this the ____ day of _____, 2004 came on for consideration, Defendant's Motion to Compel. The court, having reviewed said motion together with the papers on file is of the opinion that a hearing shall be held thereon.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Defendant's Motion to Compel is hereby set for hearing on the _____ day of _____, 2005 at _____ o'clock in this Honorable Court.

Signed for entry on this _____ day of _____, 2005.

_____
JUDGE PRESIDING

Copies to:

Mr. Miguel Salinas, Law Office of Miguel Salinas, 803 Old Port Isabel Road, Brownsville, Texas 78521

Ms. Stacie L. Caraway, Miller & Martin, PLLC, Suite 1000, Volunteer Building, 832 Georgia Avenue, Chattanooga, TN 37402-2289

Ms. Eileen M. Leeds, Willette & Guerra, L.L.P., 1534 East 6th Street, Ste. 200, Brownsville, Texas 78520