UNITED STATES DISTRICT COURT
For the Southern District of Texas

Cristina Munoz
                              Plaintiff

v.                                        Case No.: 1:04−cv−00066
                                                                 Judge Andrew S. Hanen

The Laredo Coca−Cola Bottling Company
                              Defendant

## NOTICE OF SETTING

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison, 1st Floor
Brownsville, TX 78520

**DATE:**    5/10/05

**TIME:**    01:30 PM

**TYPE OF PROCEEDING:**    Final Pretrial Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:    December 29, 2004

                                                            Michael N. Milby, Clerk