**UNITED STATES DISTRICT COURT**
For the Southern District of Texas

Cristina Munoz
                                  Plaintiff

v.                                           Case No.: 1:04−cv−00066
                                                             Judge Andrew S. Hanen

The Laredo Coca−Cola Bottling Company
                                  Defendant

---

**NOTICE OF SETTING**

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison, 1st Floor
Brownsville, TX 78520

**DATE:**      5/12/05

**TIME:**      09:00 AM

**TYPE OF PROCEEDING:**      Jury Selection

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   December 29, 2004

                                                                                     Michael N. Milby, Clerk