United States District Court
Southern District of Texas
FILED

JAN 0 3 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CRISTINA MUNOZ | § § | |
| | a. | CIVIL ACTION NO. B-04-066 |
| VS. | § § | |
| LAREDO COCA-COLA BOTTLING COMPANY | § § | |

### PLAINTIFF CRISTINA MUNOZ'S INITIAL DISCLOSURES

TO: Defendant LAREDO COCA-COLA BOTTLING COMPANY, through its attorney of record, Stacie L. Caraway, Suite 1000, Volunteer Building 832 Georgia Avenue, Chattanooga, TN 37402.

COMES NOW Plaintiff Cristina Munoz and makes these initial disclosures as required by Federal Rule of Civil Procedure 26 (a)(1).

#### A. Individuals with Discoverable Information

1. The name, address, and telephone number of individuals likely to have discoverable information relevant to disputed facts alleged in the pleadings include:

Please see Plaintiff's Response to Interrogatory No. 24 of Defendant's First Set of Interrogatories to Plaintiff.

#### B. RELEVANT DOCUMENTS & TANGIBLE THINGS

2. Plaintiff has provided all relevant documents and tangible things in response to Defendant's Request for Production.

#### C. INFORMATION RELATED TO CALCULATION OF DAMAGES

3. The following is information related to the calculation of Damages.

Plaintiff's economic damages may be calculated by taking her annual salary and benefits times the number of years until Plaintiff's expected retirement age.

The Plaintiff cannot place a value on the mental anguish and emotional distress caused by the discriminatory conduct of the Plaintiff and will leave that to the jury's discretion. However, damages are capped by statute.

If Plaintiff is the prevailing party in this cause, she may be entitled to attorney's fees and costs. The hourly fee charged by the attorney is $200/hr. The amount of attorney's fees will be based on the number of hours spent in prosecuting this claim.

Costs and expenses are ongoing. Plaintiff will provide an itemized list of the costs and expenses as they are incurred.

### D. INSURANCE

4. The Plaintiff does not have any insurance that may be applicable in this case.

Respectfully submitted,
LAW OFFICE OF MIGUEL SALINAS

BY: _____
MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
803 Old Port Isabel Road
Brownsville, Texas 78521
956/550-1115 Telephone
956/550-1134 Telefax

ATTORNEY FOR PLAINTIFF
CRISTINA MUNOZ

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Plaintiff's Rule 26 Disclosures has been served upon Defendant Laredo Coca-Cola Bottling Company, Inc., through its attorney of Record Stacey L. Caraway, 832 Georgia Avenue, Chattanooga, TN 37402-2289 via regular mail and telefax on this 29th day of December 2004.

MIGUEL SALINAS

cc:    Eileen Leeds
        956/541-1893