IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 0 4 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CRISTINA MUNOZ | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-04-066 |
| LAREDO COCA-COLA BOTTLING COMPANY | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO SUBSTITUTE COUNSEL**

BE IT REMEMBERED that on the ___4th___ day of ___January___, 2005, came on to be considered Defendant's Unopposed Motion to Substitute Counsel. The Court finds that the Motion is well taken and should be granted. IT IS THEREFORE,

ORDERED, ADJUDGED AND DECREED that Eileen Leeds and Eduardo Garza with the law firm of Willette & Guerra, L.L.P. be substituted as local counsel for Defendant The Laredo Coca-Cola Bottling Company, Inc. in place of Valorie C. Glass with the law firm of Atlas & Hall, L.L.P.

The District Clerk should so indicate on the records of this cause.

SIGNED FOR ENTRY this ___4th___ day of ___January___, 2005.

_____
U.S. DISTRICT JUDGE

Copies to:

Valorie C. Glass, Atlas & Hall, L.L.P., P.O. Box 3725, McAllen, Texas 78502

Stacie L. Caraway, Miller & Martin, PLLC, Suite 1000, Volunteer Building, 832 Georgia Avenue, Chattanooga, TN 37402-2289

Eileen Leeds, Eduardo Garza, Willette & Guerra, L.L.P., 3505 Boca Chica, Ste. 460, Brownsville, Texas 78521

Miguel Salinas, Law Offices of Miguel Salinas, 803 Old Port Isabel Road, Brownsville, Texas 78521