United States District Court
Southern District of Texas
ENTERED

JAN 0 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| CRISTINA MUÑOZ, Plaintiff, | § § § | |
| vs. | § | CIV. NO. B-04-066 |
| THE LAREDO COCA-COLA BOTTLING COMPANY, INC., Defendant. | § § § § § | |

## ORDER

On December 27, 2004, Defendant The Laredo Coca-Cola Bottling Company, Inc. ("Defendant") filed a Motion to Compel, asking the Court to compel Plaintiff Cristina Muñoz ("Plaintiff") to provide Defendant with Plaintiff's Initial Disclosures. As Plaintiff filed same on January 3, 2005, Defendant's motion is denied as moot, docket number 13. Defendant further requested an additional one hour of deposition time subsequent to Plaintiff's January 5, 2005, deposition and for Plaintiff to bear Defendant's costs associated with that one hour. The Court hereby denies Defendant's request without prejudice.

Signed in Brownsville, Texas, the 4th day of January, 2005.

Andrew S. Hanen
United States District Judge