UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
AT BROWNSVILLE

CRISTINA MUÑOZ,

    Plaintiff,

v.

THE LAREDO COCA-COLA BOTTLING
COMPANY, INC.,

    Defendant.

Civil Action No. 1:04-CV-00066

Judge Andrew Hanen

## APPENDIX TO DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

### TABLE OF CONTENTS

| | | |
|---|---|---|
| Exhibit A | A true and correct copy of excerpts from the deposition of Plaintiff Cristina Munoz, taken in this case on January 5, 2005, and selected exhibits to same | page 1 |
| Exhibit B | Affidavit of Denise Martinez | page 44 |
| Exhibit C | Affidavit of Lee Guerra | page 62 |
| Exhibit D | Affidavit of Carlos Ramos | page 67 |
| Exhibit E | Affidavit of Cruz Rangel | page 70 |
| Exhibit F | Affidavit of Felipe Sandoval | page 74 |

**CASES**

| | |
|---|---|
| Dutton v. University Healthcare System, L.L.C., 2004 WL 1078908 (E.D. La. May 12, 2004) | page 76 |
| Hall v. Pitney Bowes, Inc., 2004 WL 389093 (N.D. Tex. Feb. 27, 2004) | page 88 |
| Hockman v. Westward Communications, LLC, 2004 WL 2980351 (5th Cir. Dec. 22, 2004) | page 97 |
| Septimus v. University of Houston, 2005 WL 237351 (5th Cir. Feb. 2, 2005) | page 110 |

2086933_1.DOC