UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
AT BROWNSVILLE

| | |
|---|---|
| CRISTINA MUÑOZ,<br><br>    Plaintiff,<br><br>v.<br><br>THE LAREDO COCA-COLA BOTTLING COMPANY, INC.,<br><br>    Defendant. | Civil Action No. 1:04-CV-00066 |

### ORDER SETTING HEARING

The Defendant's Motion for Summary Judgment will be heard on the _____ day of _____, 2005 at _____ a.m./p.m.

ENTER this _____ day of _____, 2005.

_____
U.S. DISTRICT JUDGE ANDREW S. HANEN

2087084_1.DOC

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
EILEEN M. LEEDS
Texas State Bar No. 00791093
USDC No. 16799
1534 East 76th Street, Suite 200
Brownsville, TX 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

-and-

MILLER & MARTIN PLLC

By: _____
STACIE L. CARAWAY
Tennessee State Bar No. 17287
Attorney In Charge
Admitted to Appear *Pro Hac Vice*

Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8293

Attorneys for Defendant
The Laredo Coca-Cola Bottling Company, Inc.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading upon opposing counsel as required by law by delivering a copy thereof via certified mail, with sufficient postage affixed thereto to ensure delivery to the following:

Miguel Salinas, Esq.
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521

This 18th day of March, 2005.

By: _Eileen M. Leeds_