UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
AT BROWNSVILLE

United States District Court
Southern District of Texas
FILED

MAR 2 8 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CRISTINA MUÑOZ,<br><br>    Plaintiff,<br><br>v.<br><br>THE LAREDO COCA-COLA BOTTLING COMPANY, INC.,<br><br>    Defendant. | Civil Action No. 1:04-CV-00066 |

## MOTION FOR PROTECTIVE ORDER AND TO QUASH

Comes now Defendant, The Laredo Coca-Cola Bottling Company, Inc., by and through counsel, and, pursuant to Rules 26(c) and 45(c)(3)(A)(i) and (iv) of the *Federal Rules of Civil Procedure* states the following:

Defendant is seeking in this Motion a protective order regarding and to quash two (2) deposition notices it received via facsimile late in the afternoon of Thursday, March 24, 2005. These notices request the appearance of Denise Martinez and Lee Guerra at depositions to be held in Brownsville, Texas on Wednesday, March 30, 2005 to give testimony concerning the above-referenced case. The Court will note that in light of the Good Friday holiday these notices were issued for all intents and purposes two (2) business days before these depositions are to take place – and, at most, three (3) such days. Defendant thus submits that such notices provide insufficient notice to the individuals at issue as well as to Defendant's counsel and do not allow a reasonable time for compliance.

Defendant also is seeking in this Motion a protective order regarding and to quash Plaintiff's request that Denise Martinez provide various documents as part of her appearance at

2089888_1.DOC

her deposition on March 30, 2005. Plaintiff has not served any written discovery in the course of this lawsuit. The discovery cut-off provided by this Court in its August 30, 2004 Scheduling Order in this case is Friday, April 1, 2005. Plaintiff apparently is now attempting to make up for lost time by requesting that Ms. Martinez provide documents with only two (2) business days' notice at her deposition. (The McAllen facility at which Ms. Martinez is employed by Defendant is in fact closed on Friday, March 25, 2005 in observance of Good Friday.) Defendant thus submits that this request for documents does not allow a reasonable time for compliance and places an undue burden on Ms. Martinez.

Defendant also is seeking in this Motion to quash any subpoenas Plaintiff issues for the appearance of Denise Martinez and/or Lee Guerra during the period of March 25-March 30, 2005 to give testimony in this case. Defendant's counsel has notified Plaintiff's counsel that she will be in California March 28 – 30, 2005, so to the extent a subpoena is served during this time attempting to compel the appearance of these individuals, Defendant's counsel will not have an opportunity to file another separate Motion to Quash these materials before the March 30, 2005 date Plaintiff is seeking to take their depositions.

In support of this Motion, Defendant is filing a Memorandum herewith. A copy of the deposition notice which was faxed to Defendant's counsel the afternoon of March 24, 2005 noticing Ms. Martinez's deposition for Wednesday, March 30, 2005 is attached as **Exhibit A** hereto. A copy of the deposition notice which was faxed to Defendant's counsel the afternoon of March 24, 2005 noticing Mr. Guerra's deposition for Wednesday, March 30, 2005 is attached as **Exhibit B** hereto. Any subpoenas which are served on either Ms. Martinez or Mr. Guerra during the period of March 25 – 30, 2005 will be filed as late-submitted Collective **Exhibit C** hereto.

For all of the reasons set forth in the accompanying Memorandum, Defendant submits

that the two (2) deposition notices and any subpoenas related to them which are served during the period of March 25 - 30, 2005 fail to allow a reasonable time for compliance. The circumstances under which these documents have been/will be served also subjects the individuals named therein to an undue burden. Accordingly, Defendant is asking this Court to issue a protective order and/or to quash the deposition notice issued on March 24, 2005 relating to the March 30, 2005 deposition of Denise Martinez (including the request for documents attached thereto), the deposition notice issued on March 24, 2005 relating to the March 30, 2005 deposition of Lee Guerra, and to quash any subpoenas which are served upon these two individuals by Plaintiff in this lawsuit during the period of March 25 – March 30, 2005.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
EILEEN M. LEEDS
Texas State Bar No. 00791093
USDC No. 16799
1534 East 76th Street, Suite 200
Brownsville, TX 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

-and-

MILLER & MARTIN PLLC

By: /s/ Stacie L. Caraway
    STACIE L. CARAWAY
    Tennessee State Bar No. 17287
    Attorney In Charge
    Admitted to Appear *Pro Hac Vice*

Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8293

Attorneys for Defendant
The Laredo Coca-Cola Bottling Company, Inc.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading upon opposing counsel as required by law by delivering a copy thereof via hand-delivery to the following:

>Miguel Salinas, Esq.
>Law Office of Miguel Salinas
>803 Old Port Isabel Road
>Brownsville, Texas 78521

This 28th day of March, 2005.

By: *Stacie L. Caraway w/p bcc*