IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CRISTINA MUNOZ | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-04-066 |
| LAREDO COCA-COLA BOTTLING COMPANY | § § | |

NOTICE OF ORAL DEPOSITION

To: Defendant Laredo Coca-Cola Bottling Company, through its attorney of record, Stacie L. Caraway, Suite 1000 Volunteer Building, 832 Georgia Avenue, Chatanooga, Tn 37402

   1. Please take notice that under Federal Rule of Civil Procedure 30, the oral deposition of <u>DENISE MARTINEZ</u> will be taken, to be used as testimony at the trial of such cause, and that such deposition will be taken at: <u>THE LAW OFFICES OF WILLETTE & GUERRA, 1534 E. 6th Street, Suite 200, Brownsville, Texas 78520</u> commencing on the following date: <u>Wednesday, March 30, 2005, at 9:00 a.m.,</u> such deposition will continue from day to day until the testimony of said individual is completed.

   2. The deposition will be recorded stenographically or on audio tape. The stenographic recording will be taken before Action Reporting, P.O. Box 4513, McAllen, Texas 78502

   3. PLEASE TAKE FURTHER NOTICE that under Federal Rules of Civil Procedure 30(b)(5) and 34 the witness is requested to produce the items detailed on the attached document labeled "Items to be Produced."

Ex A

Respectfully submitted,

LAW OFFICE OF MIGUEL SALINAS

BY: _____
MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
803 Old Port Isabel Road
Brownsville, Texas 78521
956/550-1115 Telephone
956/550-1134 Telefax

ATTORNEY FOR PLAINTIFF
CRISTINA MUNOZ

## ITEMS TO BE PRODUCED

1. Personnel file of Plaintiff Cristina Munoz.

2. Company policy and procedures manual

3. Any and all witness statements

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Notice of Deposition has been served upon Denise Martinez, through Defendant's attorney of Record Stacey L. Caraway, 832 Georgia Avenue, Chattanooga, TN 37402-2289 via regular mail and telefax on this 24th day of March 2005.

MIGUEL SALINAS

cc: Eileen Leeds
    956/541-1893