FILE COPY



## MILLER & MARTIN PLLC
### ATTORNEYS AT LAW

SUITE 1000 VOLUNTEER BUILDING
832 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402-2289
(423) 756-6600
FAX (423) 785-8480

Stacie L. Caraway
Direct Dial  (423) 785-8399
Direct Fax  (423) 785-8293
scaraway@millermartin.com

March 4, 2005

**VIA: FACSIMILE (956) 550-1134 & U.S. MAIL**

Miguel Salina, Esq.
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, TX 78521

RE: **Cristina Munoz v. The Laredo Coca-Cola Bottling Company, Inc.
Confidential Settlement Negotiations**

Dear Mr. Salinas:

    We have not yet discussed the prospect of mediation in the above-referenced matter. If you and your client are interested in this possibility, please provide me with the dates you are available in April to mediate this case by the end of next week. My office has contacted ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to obtain their available dates as well. Please let me know if these individuals are acceptable to you as mediators, and I will coordinate your available dates with these three potential mediators' as well as my own and send you another letter by March 21 confirming the date, time and location of the mediation.

    If I do not hear from you by the end of next week, I will assume you and your client are not interested in engaging in this process.

    I thank you for your time and attention to this matter.

Sincerely,

*Stacie L. Caraway* w/permission
G. Bricker

Stacie L. Caraway

SLC/bb

Ex 1

2082184_1.DOC

ATLANTA • CHATTANOOGA • NASHVILLE
www.millermartin.com



| | | |
|---|---|---|
| SUITE 1000 VOLUNTEER BUILDING<br>832 GEORGIA AVENUE<br>CHATTANOOGA, TENNESSEE 37402-2289<br>(423) 756-6600<br>FAX (423) 785-8480 | ATTORNEYS AT LAW | Stacie L. Caraway<br>Direct Dial (423) 785-8399<br>Direct Fax (423) 785-8293<br>scaraway@millermartin.com |

## FACSIMILE TRANSMITTAL SHEET

FROM: **Stacie L. Caraway**            DATE: **March 4, 2005**

PHONE: **423-785-8399**                CLIENT-MATTER: **46214-0074**

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| | **RECIPIENT** | **COMPANY** | **FAX NO.** | **PHONE NO.** |
|---|---|---|---|---|
| TO: | Miguel Salinas, Esq. | | 956-550-1134 | |

Total number of pages including cover:  2

☐ Original will **not** follow    ☑ Original will follow

If you do not receive all of the pages, please call:   Barbara Brickman at 423-756-6600, ext. 7763

This transmission is intended only for the party to whom it is addressed and may contain privileged and confidential information. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this transmission is prohibited. If you have received this transmission in error, please notify us immediately by telephone and return this transmission and any copies to us by mail.

```
* * * COMMUNICATION RESULT REPORT ( MAR. 4.2005  5:05PM ) * * *
                                                          TTI
FILE MODE        OPTION              ADDRESS (GROUP)              RESULT        PAGE
----------------------------------------------------------------------------------------
551  MEMORY TX                       12214621400741956550134#     OK            P. 2/2


REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL              E-2) BUSY
    E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

| | | |
|---|---|---|
| SUITE 1000 VOLUNTEER BUILDING<br>832 GEORGIA AVENUE<br>CHATTANOOGA, TENNESSEE 37402-2289<br>(423) 756-6600<br>FAX (423) 785-8480 | **MILLER & MARTIN PLLC**<br>ATTORNEYS AT LAW | Stacie L. Caraway<br>Direct Dial (423) 785-8399<br>Direct Fax (423) 785-8293<br>scaraway@millermartin.com |

## FACSIMILE TRANSMITTAL SHEET

FROM:   Stacie L. Caraway                    DATE:            March 4, 2005
PHONE:  423-785-8399                         CLIENT-MATTER:   46214-0074

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| TO: Miguel Salinas, Esq. | | 956-550-1134 | |

Total number of pages including cover:  2
☐ Original will not follow   ☒ Original will follow

If you do not receive all of the pages, please call:   Barbara Brickman at 423-756-6600, ext. 7763

# THE LAW OFFICE OF MIGUEL SALINAS
ATTORNEY AND COUNSELOR AT LAW
803 Old Port Isabel Rd. • Brownsville, Texas 78521
956/550-1115 (Telephone) 956/550-1134 (Facsimile)

March 10, 2005

Stacie L. Caraway
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
Via telefax: 423/785-8480

Re: *Cristina Munoz v. The Laredo Coca-Cola Bottling Co., Inc.*

Dear Ms. Caraway:

I received your correspondence of March 4, 2005 and agree mediation would be helpful in this case.

I reviewed the mediators you listed and all would be acceptable. As a preference, however, I would lean to ▓▓▓▓▓▓ because he is in Brownsville and he is used by several of the Federal District Judges when they order mediation.

I start trial April 4, 2005, otherwise my calendar looks good for the rest of the month. As you know, we have the Joint Pre-Trial Order due on April 20th. If we can schedule the mediation before then we might be able to avoid having to prepare the JPTO. Alternatively, if we can't mediate before that date, we may want to ask the court to continue the JPTO for a date after the mediation.

On another matter, I was going to contact you regarding depositions. Would you be agreeable to postponing depos until after mediation in hopes we can settle and avoid unnecessary costs?

Thank you in advance for your cooperation. If you have any questions or need more information please contact me.

Very truly yours,

Miguel Salinas

P.S. If you want to e-mail me, my address is Salinaslaw2003@yahoo.com.

Thanks.



803 Old Port Isabel Road
Brownsville, Texas 78521
**956-550-1115 (phone)**
**956-550-1134 (facsimile)**

Law office of
Miguel Salinas
Attorney and Counselor at
Law



**RECEIVED BY**

**MAR 1 0 2005**

**MILLER & MARTIN**

| | | | |
|---|---|---|---|
| **To:** | Stacie L. Caraway ⑧ | **From:** | Miguel Salinas Office |
| **Fax:** | 1-423-785-8480 | **Date:** | 3-10-05 |
| **Phone:** | | **Pages:** | 2 |
| **Re:** | Cristina Munoz | **CC:** | |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☒ Please Reply  ☐ Please Recycle

•Comments: