

**ATTORNEYS AT LAW**

FILE COPY

SUITE 1000 VOLUNTEER BUILDING
832 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402-2289
(423) 756-6600
FAX (423) 785-8480

Stacie L. Caraway
Direct Dial (423) 785-8399
Direct Fax (423) 785-8293
scaraway@millermartin.com

March 17, 2005

**VIA: FACSIMILE ((956) 550-1134**

Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, TX 78521

      RE:  <u>Cristina Munoz v. The Laredo Coca-Cola Bottling Company, Inc.</u>

Dear Ms. Salinas:

    I am in receipt of your letter of March 10, 2005 and am in the process of getting the mediation set up in April based on the available dates you have given me. I sent you an e-mail on Monday of this week asking how long your trial on April 4 is anticipated to last, so if you can let me know that as soon as possible this will help me to know if any dates during the first week of April are possibilities. I am trying to use ▓▓▓▓▓▓ but he does not have a lot of available dates in April. I will provide a letter to you confirming the mediation time, place, date and mediator within three (3) business days of when you let me know about the first week of April.

    Regarding your mention of taking depositions, please let me know who you would like to depose. When you let me know this information, I will check to see the availability of these individuals. The pre-trial scheduling order calls for an April 1 discovery cut-off, so I am not very optimistic that given your schedule, mine and the potential deponents' we can get depositions set up by that deadline.

    Thank you for your consideration and attention to these matters.

                         Sincerely,

                          Stacie L. Caraway

SLC/bb

cc:    Eileen Leeds

Ex 2

2086028_1.DOC

ATLANTA • CHATTANOOGA • NASHVILLE
www.millermartin.com



| | | |
|---|---|---|
| SUITE 1000 VOLUNTEER BUILDING<br>832 GEORGIA AVENUE<br>CHATTANOOGA, TENNESSEE 37402-2289<br>(423) 756-6600<br>FAX (423) 785-8480 | **ATTORNEYS AT LAW** | **Stacie L. Caraway**<br>Direct Dial (423) 785-8399<br>Direct Fax (423) 785-8293<br>scaraway@millermartin.com |

# FACSIMILE TRANSMITTAL SHEET

FROM:   Stacie L. Caraway                     DATE:              March 17, 2005
PHONE:  423-785-8399                          CLIENT-MATTER:     46214-0074

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| | **RECIPIENT** | **COMPANY** | **FAX NO.** | **PHONE NO.** |
|---|---|---|---|---|
| TO: | Miguel Salinas | Law Office of Miguel Salinas | 956-550-1134 | 956-550-1115 |

Total number of pages including cover:   2

☒ Original will **not** follow    ☐ Original will follow

If you do not receive all of the pages, please call:   Barbara Brickman at 423-756-6600, ext. 7763

This transmission is intended only for the party to whom it is addressed and may contain privileged and confidential information. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this transmission is prohibited. If you have received this transmission in error, please notify us immediately by telephone and return this transmission and any copies to us by mail.

```
* * *  COMMUNICATION RESULT REPORT ( MAR.17.2005 11:38AM )  * * *
                                                              TTI
FILE MODE      OPTION           ADDRESS (GROUP)            RESULT         PAGE
────────────────────────────────────────────────────────────────────────────────
621  MEMORY TX                  12214621400741956550 1134#    OK          P. 2/2


REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL              E-2) BUSY
    E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

## MILLER & MARTIN PLLC
### ATTORNEYS AT LAW

SUITE 1000 VOLUNTEER BUILDING
832 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402-2289
(423) 756-6600
FAX (423) 785-8480

Stacie L. Caraway
Direct Dial (423) 785-8399
Direct Fax (423) 785-8293
scaraway@millermartin.com

# FACSIMILE TRANSMITTAL SHEET

FROM: Stacie L. Caraway            DATE: March 17, 2005
PHONE: 423-785-8399                CLIENT-MATTER: 46214-0074

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| TO: Miguel Salinas | Law Office of Miguel Salinas | 956-550-1134 | 956-550-1115 |

Total number of pages including cover: 2

☑ Original will not follow   ☐ Original will follow

If you do not receive all of the pages, please call: Barbara Brickman at 423-756-6600, ext. 7763