

# MILLER & MARTIN PLLC

### ATTORNEYS AT LAW

Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
(423) 756-6600
Fax (423) 785-8480

Stacie L. Caraway
Direct Dial (423) 785-8399
Direct Fax (423) 785-8293
scaraway@millermartin.com

March 23, 2005

**VIA: FACSIMILE (956) 550-1134**

Miguel Salinas, Esq.
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, TX 78521

    RE:  **Cristina Munoz v. The Laredo Coca-Cola Bottling Company, Inc.**

Dear Mr. Salinas:

    Our local counsel, Eileen Leeds, forwarded to me your request that we agree to extend the discovery cut-off which is in the Court's pre-trial Scheduling Order in this case for the purpose of allowing you to take some depositions after our April 6, 2005 mediation. Per my letter of March 17, 2005, if you will let me know who you wish to depose, I will check on the availability of these individuals along with my own calendar, and we will see if it is possible to schedule these depositions prior to the April 1, 2005 discovery cut-off. However, at this point, I am not able to agree to extend this deadline since it has been in place since August of last year.

                                              Sincerely,

                                              Stacie L. Caraway

SLC/bb

cc:    Eileen Leeds, Esq.

Ex 3

2089274_1.DOC



SUITE 1000 VOLUNTEER BUILDING
832 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402-2289
(423) 756-6600
FAX (423) 785-8480

ATTORNEYS AT LAW

Stacie L. Caraway
Direct Dial (423) 785-8399
Direct Fax (423) 785-8293
scaraway@millermartin.com

# FACSIMILE TRANSMITTAL SHEET

FROM: **Stacie L. Caraway**　　　　　　　　　　DATE: **March 23, 2005**

PHONE: **423-785-8399**　　　　　　　　　　　CLIENT-MATTER: **46214-0074**

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| | **RECIPIENT** | **COMPANY** | **FAX NO.** | **PHONE NO.** |
|---|---|---|---|---|
| TO: | Miguel Salinas, Esq. | Law Office of Miguel Salinas | 956-550-1134 | 956-550-1115 |

Total number of pages including cover: 2

☒ Original will **not** follow　　☐ Original will follow

If you do not receive all of the pages, please call:　Barbara Brickman at 423-756-6600, ext. 7763

RE: Cristina Munoz v. The Laredo Coca-Cola Bottling Company, Inc.

This transmission is intended only for the party to whom it is addressed and may contain privileged and confidential information. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this transmission is prohibited. If you have received this transmission in error, please notify us immediately by telephone and return this transmission and any copies to us by mail.

```
* * *  COMMUNICATION RESULT REPORT ( MAR.23.2005  4:23PM )  * * *
                                                            TTI
FILE MODE      OPTION              ADDRESS (GROUP)          RESULT      PAGE
249  MEMORY TX                     20154621400741956550L134#   OK       P. 2/2
```

```
REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL          E-2) BUSY
    E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION
```

# MILLER & MARTIN PLLC
### ATTORNEYS AT LAW

SUITE 1000 VOLUNTEER BUILDING
832 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402-2289
(423) 756-6600
FAX (423) 785-8480

Stacie L. Caraway
Direct Dial (423) 785-8399
Direct Fax (423) 785-8293
scaraway@millermartin.com

## FACSIMILE TRANSMITTAL SHEET

**FROM:** Stacie L. Caraway          **DATE:** March 23, 2005
**PHONE:** 423-785-8399              **CLIENT-MATTER:** 46214-0074

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

|      | **RECIPIENT** | **COMPANY** | **FAX NO.** | **PHONE NO.** |
|------|---------------|-------------|-------------|---------------|
| TO:  | Miguel Salinas, Esq. | Law Office of Miguel Salinas | 956-550-1134 | 956-550-1115 |

Total number of pages including cover: 2

☒ Original will not follow   ☐ Original will follow

If you do not receive all of the pages, please call: Barbara Brickman at 423-756-6600, ext. 7763

RE: Cristina Munoz v. The Laredo Coca-Cola Bottling Company, Inc.