**THE LAW OFFICE OF MIGUEL SALINAS**
ATTORNEY AND COUNSELOR AT LAW
803 Old Port Isabel Rd. • Brownsville, Texas 78521
956/550-1115 (Telephone) 956/550-1134 (Facsimile)

March 24, 2005

Stacie Caraway
MILLER & MARTIN
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
Via Telefax 423/785-8293

    Re: *Cristina Munoz v. The Laredo Coca-Cola Bottling Company, Inc.*

Dear Ms. Caraway:

  I received your correspondence and was disappointed we could not extend the discovery deadline past the Mediation of April 6th. It seemed to make sense to try and avoid the cost of depositions if we could successfully mediate the case. Nevertheless, I would like to take the deposition of Lee Guerra and Denise Martinez next week.

  I am available the whole week with the exception of Thursday. I currently have depositions scheduled in Austin on Tuesday and Wednesday so would prefer to have the depos on Friday. If those are the only dates that are good for you and your clients, however, I will make the necessary arrangements.

  I would like to have the depositions in Brownsville and have contacted Eileen Leeds office regarding the availability of their conference room. They indicated that should not be a problem.

  Please contact me and let me know about dates. If I do not here from you by this afternoon I will schedule the depositions at my convenience.

  Thank you in advance for your consideration. If you have any questions or need more information please contact me.

            Very truly yours,

            Miguel Salinas

cc: Eileen Leeds

EX 4

803 Old Port Isabel Road
Brownsville, Texas 78521
**956-550-1115 (phone)**
**956-550-1134 (facsimile)**

Law office of
Miguel Salinas
Attorney and Counselor at
Law

# Fax

| **To:** | Ms. Stacie Caraway | **From:** | Miguel Salinas Office |
|---|---|---|---|
| **Fax:** | 1-423-785-8293 | **Date:** | 3-24-05 |
| **Phone:** | | **Pages:** | 2 |
| **Re:** | Cristina Munoz v. Coca Cola | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☒ Please Reply    ☐ Please Recycle

•**Comments:** copy is being faxed to local counsel Eileen Leeds