

**ATTORNEYS AT LAW**

**FILE COPY**

SUITE 1000 VOLUNTEER BUILDING
832 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402-2289
(423) 756-6600
FAX (423) 785-8480

Stacie L. Caraway
Direct Dial (423) 785-8399
Direct Fax (423) 785-8293
scaraway@millermartin.com

March 24, 2005

**VIA: FACSIMILE (956) 550-1134**

Miguel Salinas, Esq.
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, TX 78521

    RE: **Cristina Munoz v. The Laredo Coca-Cola Bottling Company, Inc.**

Dear Mr. Salinas:

    I am in receipt of your letter dated March 24, 2005 concerning your desire to take the depositions of Lee Guerra and Denise Martinez next week. Unfortunately, none of the dates you have proposed in your letter are going to work for me as well as Ms. Martinez and Mr. Guerra. The McAllen Coca-Cola facility is going to be closed tomorrow for the Good Friday holiday. I am going to be in California Monday through Wednesday of next week, such that there is no way that I would have time to prepare these two individuals in time for you to conduct their depositions next Friday. Ms. Martinez and Mr. Guerra also have several business conflicts which are going to preclude the dates you have suggested.

    The reason why the Court gave us seven (7) months to conduct discovery was so that we could avoid this type of last-minute situation. As stated in my previous correspondence, I am not in a position now to agree to extend the discovery cut-off merely because you have waited until the week before it to try to schedule depositions. If you have any other ideas as to how we can resolve this matter, I am certainly willing to hear them. However, I cannot prejudice my client by making demands on it at this point based on a last-minute deposition request.

    Thank you for your attention and consideration of these matters.

Sincerely,

Stacie L. Caraway

SLC/bb

Ex 5

2089878_1.DOC

ATLANTA • CHATTANOOGA • NASHVILLE
www.millermartin.com



SUITE 1000 VOLUNTEER BUILDING
832 GEORGIA AVENUE
CHATTANOOGA, TENNESSEE 37402-2289
(423) 756-6600
FAX (423) 785-8480

ATTORNEYS AT LAW

Stacie L. Caraway
Direct Dial (423) 785-8399
Direct Fax (423) 785-8293
scaraway@millermartin.com

# FACSIMILE TRANSMITTAL SHEET

FROM: Stacie L. Caraway            DATE:            March 24, 2005
PHONE: 423-785-8399                 CLIENT-MATTER:   46214-0074

**PLEASE DELIVER AS SOON AS POSSIBLE TO:**

| | **RECIPIENT** | **COMPANY** | **FAX NO.** | **PHONE NO.** |
|---|---|---|---|---|
| TO: | Miguel Salinas | Law Office of Miguel Salinas | 956-550-1134 | |

Total number of pages including cover: 2

☑ Original will <u>not</u> follow    ☐ Original will follow

If you do not receive all of the pages, please call: Barbara Brickman at 423-756-6600, ext. 7763

Re: Munoz v. CCE

This transmission is intended only for the party to whom it is addressed and may contain privileged and confidential information. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this transmission is prohibited. If you have received this transmission in error, please notify us immediately by telephone and return this transmission and any copies to us by mail.

```
* * *  COMMUNICATION RESULT REPORT ( MAR.24.2005  4:37PM ) * * *
                                                         TTI
FILE MODE      OPTION           ADDRESS (GROUP)          RESULT      PAGE
---------------------------------------------------------------------------
268  MEMORY TX                  2015462140074195655501134#   OK        P. 2/2

REASON FOR ERROR
     E-1) HANG UP OR LINE FAIL              E-2) BUSY
     E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

| | **MILLER & MARTIN PLLC** | |
|---|---|---|
| SUITE 1000 VOLUNTEER BUILDING<br>832 GEORGIA AVENUE<br>CHATTANOOGA, TENNESSEE 37402-2289<br>(423) 756-6600<br>FAX (423) 785-8480 | ATTORNEYS AT LAW | Stacie L. Caraway<br>Direct Dial (423) 785-8399<br>Direct Fax (423) 785-8293<br>scaraway@millermartin.com |

## FACSIMILE TRANSMITTAL SHEET

FROM:  Stacie L. Caraway                DATE:           March 24, 2005
PHONE: 423-785-8399                     CLIENT-MATTER:  46214-0074

### PLEASE DELIVER AS SOON AS POSSIBLE TO:

| **RECIPIENT** | **COMPANY** | **FAX NO.** | **PHONE NO.** |
|---|---|---|---|
| TO: Miguel Salinas | Law Office of Miguel Salinas | 956-550-1134 | |

Total number of pages including cover: 2

☑ Original will not follow    ☐ Original will follow

If you do not receive all of the pages, please call: Barbara Brickman at 423-756-6600, ext. 7763

Re: Munoz v. CCE