UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
AT BROWNSVILLE

CRISTINA MUNOZ,

    Plaintiff,

v.

THE LAREDO COCA-COLA BOTTLING
COMPANY, INC.,

    Defendant.

Civil Action No. B-04-066

## DEFENDANT'S INITIAL DISCLOSURES

Comes now Defendant, The Laredo Coca-Cola Bottling Company, Inc., pursuant to Rule 26(a)(1) of the *Federal Rules of Civil Procedure*, and makes the following initial disclosures in the above-captioned action:

A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**DISCLOSURE:**

| | |
|---|---|
| Denise Martinez<br>2400 West Expressway 83 West<br>McAllen, Texas 78501<br>Telephone: (956) 632-3786 | Has information concerning the investigation of Plaintiff's comments concerning Lee Guerra, the investigation and circumstances giving rise to Plaintiff's termination, Plaintiff's termination and Plaintiff's employment history with Defendant. |
| Carlos Ramos<br>1 Coca-Cola Place<br>San Antonio, Texas 78219<br>Telephone: (210) 225-2601 | Has information concerning Plaintiff's comments concerning Lee Guerra. |

| | |
|---|---|
| Janie Olmos<br>2400 West Expressway 83 West<br>McAllen, Texas 78501<br>Telephone: (956) 632-3786 | Has information concerning meetings held with Plaintiff concerning the investigation of her comments concerning Lee Guerra and concerning the circumstances giving rise to her termination. |
| Rick Rangel<br>2400 West Expressway 83 West<br>McAllen, Texas 78501<br>Telephone: (956) 632-3786 | Has information concerning meeting held with Plaintiff concerning the circumstances giving rise to her termination. |
| Lee Guerra<br>2400 West Expressway 83 West<br>McAllen, Texas 78501<br>Telephone: (956) 632-3786 | Has information concerning Plaintiff's comments concerning him and the circumstances giving rise to her termination. |
| Antonio Castillo<br>3417 Duchess<br>Edinburg, Texas 78539 | Has information concerning the circumstances giving rise to Plaintiff's termination. |
| Jimmy Silva<br>2400 West Expressway 83 West<br>McAllen, Texas 78501<br>Telephone: (956) 632-3786 | Has information concerning Lee Guerra's meeting with the District Sales Managers at Defendant's McAllen facility in September of 2002 and Plaintiff's employment history with Defendant. |
| Cruz Rangel<br>2400 West Expressway 83 West<br>McAllen, Texas 78501<br>Telephone: (956) 632-3786 | Has information concerning Lee Guerra's meeting with the District Sales Managers at Defendant's McAllen facility in September of 2002. |

B. A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**DISCLOSURE:**

The memoranda presented to Plaintiff by Denise Martinez in September, 2002

Human resources notes concerning the investigation of Plaintiff's comments concerning Lee Guerra

Documents from Plaintiff's personnel file

Excerpts of a NEXTEL bill for the McAllen facility for the month of August, 2002

Defendant's EEO policy

Defendant's Anti-Harassment Policy

Plaintiff's Right to Sue Notice from the EEOC

Plaintiff's submissions to the EEOC

Correspondence from the EEOC and Texas Department of Labor/Workforce Commission to Plaintiff

C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**DISCLOSURE:** Not applicable at this time.

D. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**DISCLOSURE:** Based upon the undersigned counsel's experience, no insurance coverage would be impacted by the claims made in the Complaint.

Respectfully submitted,

ATLAS & HALL, L.L.P.

By: _____
VALORIE GLASS
Texas State Bar No. 00784135
Federal ID No. 15303
ATLAS & HALL, L.L.P.
P.O. Box 3725
McAllen, TX 78502-3725
Telephone: (956) 682-5501
Facsimile: (956) 686-6109

-and-

MILLER & MARTIN PLLC
STACIE L. CARAWAY
Tennessee State Bar No. 17287
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8293

Attorneys for Defendant
The Laredo Coca-Cola Bottling Company, Inc.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing pleading upon opposing counsel as required by law by delivering a copy thereof via certified mail, with sufficient postage affixed thereto to ensure delivery to the following:

Miguel Salinas, Esq.
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521

This 30th day of August, 2004.

By: _____
Valorie S. Glass