IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CRISTINA MUNOZ | § | |
| | § | |
| V. | § | CIVIL NO. B-04-066 |
| | § | |
| THE LAREDO COCA-COLA BOTTLING | § | |
| COMPANY, INC. | § | |

## ORDER

This court having been informed that the Motion for Protective Order and to Quash is moot denies said motion [Docket No. 20].

Signed this 1st day of April, 2005.

Andrew S. Hanen
United States District Judge