# ESPARZA & GARZA, L.L.P.
## ATTORNEYS AT LAW

ROMAN "DINO" ESPARZA
Dino@esparzagarza.com

964 E. LOS EBANOS, SUITE A
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 547-7775
FACSIMILE: (956) 547-7773
www.esparzagarza.com

EDUARDO G GARZA
Eddie@esparzagarza.com

April 6, 2005

United States District Court
Southern District of Texas
RECEIVED
APR 07 2005
Michael N. Milby, Clerk of Court

**Via First Class U.S. Mail**
Mr. Butch Barbosa
UNITED STATES DISTRICT COURT
Southern District of Texas
Brownsville Division
600 E. Harrison, 1st Floor
Brownsville, Texas 78520

          Re:    Civil No. B-04-066
                  Cristina Munoz v. The Laredo
                  Coca-Cola Bottling Company, Inc.

Dear Mr. Barbosa:

       Please be advised that I am not an attorney of record in the above-entitled matter. I am no longer with the firm of Willette & Guerra, L.L.P. I was informed by your clerk that a Motion for Substitution of counsel with my name had recently been entered and we were asked to submit this letter. Accordingly I respectfully request that my name be removed from the list of attorneys of record for this case.

       Should you need additional information in this regard, please do not hesitate to call.

                  Sincerely,

                  ESPARZA & GARZA, L.L.P.

                  By: _____
                      Eduardo G Garza

xc:   Mr. Charles Willette
       C/O Laura Bustamante
       Willette & Guerra, L.L.P.
       1534 E. 6th Street, Suite 200
       Brownsville, Texas 78520

## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Eduardo G Garza
Esparza & Garza LLP
964 E Los Ebanos
Ste A
Brownsville TX 78520

---

Case: 1:04-cv-00066    Instrument: 22    (1 pages)
Date: Apr 5, 2005
Control: 05047978
FAX number: 956-547-7773    (2 Total pages including cover sheet)
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
        and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
        and
Register on-line for a training class to receive your user privileges.


If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices. For questions, please call (713) 250-5768.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CRISTINA MUNOZ | § | |
| | § | |
| V. | § | CIVIL NO. B-04-066 |
| | § | |
| THE LAREDO COCA-COLA BOTTLING | § | |
| COMPANY, INC. | § | |

## ORDER

This court having been informed that the Motion for Protective Order and to Quash is moot denies said motion [Docket No. 20].

Signed this 1st day of April, 2005.

Andrew S. Hanen
United States District Judge