IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
AT BROWNSVILLE

United States District Court
Southern District of Texas
FILED

APR 0 8 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CRISTINA MUNOZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:04-CV-00066 |
| | § | |
| THE LAREDO COCA-COLA BOTTLING | § | |
| COMPANY, INC. | § | |

## MEDIATION REPORT

This will confirm that mediation was held on Wednesday, April 6, 2005 on the above referred to case. I am glad to report that mediation was successful and that the above referred to case has settled.

Respectfully submitted,

A. C. Nelson, Mediator
State Bar No.: 14885600
LAW OFFICE OF A. C. NELSON
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78521
(956) 541-3601

