United States District Court
Southern District of Texas
ENTERED

APR 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
–BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| CRISTINA MUNOZ, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL NO. B–04–066 |
| | § | |
| THE LAREDO COCA-COLA BOTTLING | § | |
| COMPANY, | § | |
| Defendant. | § | |

# ORDER

In light of the fact that the Court has received a mediation report (Docket No. 24) indicating that the parties have settled, all pending motions, including Defendant's Motion for Summary Judgment (Docket No. 19), are hereby **DENIED as moot**.

Signed in Brownsville, Texas this 15th day of April, 2005.

_____
Andrew S. Hanen
United States District Judge