### EXHIBIT A

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### AT BROWNSVILLE

| | | |
|---|---|---|
| **CRISTINA MUÑOZ,** | | |
| Plaintiff, | | |
| v. | | Civil Action No. 1:04-CV-00066 |
| **THE LAREDO COCA-COLA BOTTLING COMPANY, INC.,** | | |
| Defendant. | | |

### ORDER OF DISMISSAL WITH PREJUDICE

Came the parties, through their attorneys, and announced to the Court that all matters in controversy between the parties had been resolved. It is accordingly,

**ORDERED** that all claims asserted by the Plaintiff against the Defendant in this action are dismissed with prejudice, each party to bear its own costs, attorney fees, and expenses of litigation.

**ENTERED** this _____, 2005.

_____

**APPROVED:**

**MIGUEL SALINAS**

By: *[signature]*
Miguel Salinas
Federal Bar No. 15171
803 Old Port Isabel Road
Brownsville, Texas 78521
(956) 550-1115

Attorneys for Plaintiff CHRISTINA MUNOZ

-and-

**MILLER & MARTIN PLLC**

By: *[signature]*
Stacie L. Caraway
TN State Bar No. 17287
Appearing *Pro Hac Vice*

Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
(423) 756-6600

Attorneys for Defendant LAREDO COCA-COLA BOTTLING COMPANY, INC.