**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**AT BROWNSVILLE**

United States District Court
Southern District of Texas
ENTERED

APR 2 2 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

CRISTINA MUÑOZ,

    **Plaintiff,**

v.

    Civil Action No. 1:04-CV-00066

THE LAREDO COCA-COLA BOTTLING
COMPANY, INC.,

    **Defendant.**

**ORDER OF DISMISSAL WITH PREJUDICE**

Came the parties, through their attorneys, and announced to the Court that all matters in controversy between the parties had been resolved. It is accordingly,

**ORDERED** that all claims asserted by the Plaintiff against the Defendant in this action are dismissed with prejudice, each party to bear its own costs, attorney fees, and expenses of litigation.

ENTERED this ___April 22___, 2005.

_____

Munoz_CCE--SettlementAgreement

**APPROVED:**

**MIGUEL SALINAS**

By: *[signature]*
Miguel Salinas
Federal Bar No. 15171
803 Old Port Isabel Road
Brownsville, Texas 78521
(956) 550-1115

Attorneys for Plaintiff CHRISTINA MUNOZ

-and-

**MILLER & MARTIN PLLC**

By: *[signature]*
Stacie L. Caraway
TN State Bar No. 17287
Appearing *Pro Hac Vice*

Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
(423) 756-6600

Attorneys for Defendant LAREDO COCA-COLA BOTTLING COMPANY, INC.